**Opinion issued August 5, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-19-00819-CV

———————————

## BTEC NEW ALBANY LLC, RENEW ALBANY HOLDINGS, LLC, AND RICHARD WORYK, Appellants

### V.

## BTEC TURBINES LP, Appellee

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-57828**

---

## MEMORANDUM OPINION

Appellants, BTEC New Albany LLC, ReNew Albany Holdings, LLC, and Richard Woryk, and appellee BTEC Turbines LP have filed an agreed motion to dismiss this appeal, representing that the parties have reached a settlement of the matter and requesting that we dismiss the appeal with each party bearing its own

costs. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal, with costs taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.